| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Steven M. Tindall, 187862<br>RUKIN, HYLAND, DORIA<br>100 Pine Street<br>San Francisco, CA 94111 | (415) 421-1800 | **FILED**<br>2008 APR 28 P 2: 09<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Jordan v. Washington Mutual | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | | |
| PLAINTIFF:<br>Veronica Latrease Jordan | | |
| DEFENDANT:<br>Washington Mutual, FA | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 2142 RS |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Summons, Complaint - Exhibit 1

**BY FAX**

2. Party Served: Washington Mutual Bank, FA

3. Person Served: CSC Corp - Laura Karpen - Person authorized to accept service of process

4. Date & Time of Delivery: April 25, 2008    1:55 pm

5. Address, City and State: 2730 GATEWAY OAKS DR STE 100
SACRAMENTO, CA 95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.: 2006-06

Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on April 25, 2008 at Sacramento, California.

Signature: *[signature]*

Tyler Dimaria

FF# 6661472