1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  LISA M. SIMONETTI (State Bar No. 165996)
   DEBORAH E. BARACK (State Bar No. 207493)
3  2029 Century Park East
   Los Angeles, CA  90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  Email: *dbarack@stroock.com, lacalendar@stroock.com*

6  Attorneys for Defendant
     WASHINGTON MUTUAL BANK, formerly known as
7    WASHINGTON MUTUAL BANK, FA

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12  VERONICA LATREASE JORDAN,              )  Case No. CV-08-2142-RS
    individually, and on behalf of all others  )
13  similarly situated,                    )  **STIPULATION EXTENDING TIME TO**
                                           )  **RESPOND TO COMPLAINT**
14                                         )
                    Plaintiff,             )  Action Filed:  April 24, 2008
15                                         )
            vs.                            )
16                                         )
    WASHINGTON MUTUAL BANK, FA,            )
17                                         )
                    Defendants.            )
18                                         )

19

20

21

22

23

24

25

26

27

28

1   WHEREAS, plaintiff Veronica Latrease Jordan ("Plaintiff") filed her Complaint for

2 Damages and Injunctive Relief (the "Complaint") on or about April 24, 2008;

3   WHEREAS, defendant Washington Mutual Bank, formerly known as Washington Mutual

4 Bank, FA ("WMB"), must answer or otherwise respond to the Complaint by May 15, 2008;

5   WHEREAS, WMB requires time to identify and locate documents relating to the loan at

6 issue (the "Loan");

7   WHEREAS, the documents relating to the Loan will inform, and are necessary for, WMB's

8 response to the Complaint;

9   WHEREAS, upon WMB's review of the documents relating to the Loan, the parties have

10 agreed to discuss a potential informal resolution of the action;

11   WHEREAS, counsel for WMB responsible for the day-to-day management of this action

12 will be on a pre-planned family vacation the week of Memorial Day, May 26, 2008;

13   WHEREAS, pursuant to Local Rule 6-1(a), the parties may agree to an extension of time

14 within which to answer otherwise respond to the complaint in an action provided the change will

15 not alter the date of any event or any deadline already fixed by Court order;

16   WHEREAS, for the reasons stated, the parties have agreed to extend the date by which

17 WMB must answer or otherwise respond to the Complaint to and including June 6, 2008; and

18   WHEREAS, WMB has agreed to extend the time period specified in Local Rule 7-2 from

19 35 days to 42 days in connection with any motion filed in response to the Complaint.

20 ///

21 ///

22 ///

23

24

25

26

27

28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1    IT IS HEREBY STIPULATED by and between the parties, through their respective counsel

2   of record, that WMB's time to answer or otherwise respond to the Complaint hereby is extended to

3   and including June 6, 2008; and that the time period specified in Local Rule 7-2 is extended from

4   35 days to 42 days in connection with any motion filed by WMB in response to the Complaint.

5   Dated:  May 23, 2008                    STROOCK & STROOCK & LAVAN LLP
                                            JULIA B. STRICKLAND
6                                           LISA M. SIMONETTI
                                            DEBORAH E. BARACK
7

8                                           By:  ___/s/ Deborah E. Barack_____
                                                        Deborah E. Barack
9

10                                          Attorneys for Defendant
                                                WASHINGTON MUTUAL BANK, formerly
11                                              known as WASHINGTON MUTUAL
                                                BANK, FA
12

13  Dated:  May 23, 2008                    RUKIN HYLAND DORIA & TINDALL LLP
                                            STEVEN M. TINDALL
14

15

16                                          By:  ___/s/ Steven M. Tindall_____
                                                        Steven M. Tindall
17
                                            Attorneys for Plaintiff
18                                              VERONICA LATREASE JORDAN

19

20

21

22

23

24

25

26

27

28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086