1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  LISA M. SIMONETTI (State Bar No. 165996)
   DEBORAH E. BARACK (State Bar No. 207493)
3  2029 Century Park East
   Los Angeles, CA  90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  Email: *dbarack@stroock.com, lacalendar@stroock.com*

6  Attorneys for Defendant
     WASHINGTON MUTUAL BANK, formerly known as
7    WASHINGTON MUTUAL BANK, FA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERONICA LATREASE JORDAN and KAREN L. JONES-BOYLE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK, FA,<br><br>Defendants. | Case No. CV-08-2142-RS<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Action Filed:  April 24, 2008 |

LA 51064974

STIPULATION
Case No. CV-08-2142 RS

1  WHEREAS, plaintiff Veronica Latrease Jordan filed a First Amended Complaint ("FAC") on or about June 6, 2008, adding a second named plaintiff, Karen L. Jones;

3  WHEREAS, defendant Washington Mutual Bank, formerly known as Washington Mutual Bank, FA ("WMB"), must answer or otherwise respond to the FAC by July 9, 2008;

5  WHEREAS, WMB requires time to identify and locate documents relating to the loans at issue (the "Loans");

7  WHEREAS, the documents relating to the Loans will inform, and are necessary for, WMB's response to the FAC;

9  WHEREAS, counsel for WMB primarily responsible for this matter is unavailable between June 28, 2008 and July 7, 2008 due to a pre-planned family vacation;

11  WHEREAS, for the reasons stated, the parties have agreed to extend the date by which WMB must answer or otherwise respond to the FAC by a period of 9 days, from July 9, 2008 to July 18, 2008;

14  WHEREAS, the parties previously agreed to extend the date by which WMB must answer or otherwise respond to the FAC by a period of 19 days, bringing the total extension to 28 days;

16  WHEREAS, pursuant to Local Rule 6-1(a), the parties may agree to an extension of time within which to answer otherwise respond to the FAC, provided the change will not alter the date of any event or any deadline already fixed by Court order;

19  WHEREAS, this extension will not alter the date of any event or any deadline already fixed by Court order, as there have been no such events or orders; and

21  WHEREAS, WMB has agreed to extend the time period specified in Local Rule 7-2 from 35 days to 56 days in connection with any motion filed in response to the FAC.

///

///

///

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that WMB's time to answer or otherwise respond to the FAC hereby is extended to and including July 18, 2008; and that the time period specified in Local Rule 7-2 is extended from 35 days to 56 days in connection with any motion filed by WMB in response to the FAC.

Dated: June 25, 2008

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
DEBORAH E. BARACK

By:    /s/ Deborah E. Barack
         Deborah E. Barack

Attorneys for Defendant
   WASHINGTON MUTUAL BANK, formerly known as WASHINGTON MUTUAL BANK, FA

Dated: June 25, 2008

RUKIN HYLAND DORIA & TINDALL LLP
STEVEN M. TINDALL

By:    /s/ Steven M. Tindall
         Steven M. Tindall

Attorneys for Plaintiff
   VERONICA LATREASE JORDAN and
   KAREN L. JONES-BOYLE

```
STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES    )
```

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

On June 19, 2008, I served the foregoing document(s) described as: **STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **(VIA ELECTRONIC CASE FILING)** I filed electronically the documents listed above, using the U.S. District Court electronic case filing service, on **June 19, 2008.** Counsel of record are registered to file electronically with this Court, and receive copies of the documents via e-mail from the Court to confirm filing.

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐ **(VIA E-MAIL)** Based on a court order or an agreement of the parties to accept service by e-mail, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached Service List.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing the document(s), in a sealed envelope, to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express, or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 19, 2008, at Los Angeles, California.

Jeri Staley
[Type or print name]                                    [Signature]

# SERVICE LIST

<u>Jordan v. Washington Mutual Bank</u>
USDC CA Northern District Case No. 08-2142

**A Hoyt Rowell, III**
Richardson Patrick Westbrook & Brickman, LLC
1037-A Chuck Dawley Blvd
Mt. Pleasant, SC 29464

**Catherine H. McElveen**
Richardson Patrick Westbrook & Brickman LLC
1037-A Chuck Dawley Blvd
Mt. Pleasant, SC 29464

**Evan D Buxner**
Walther-Glenn Law Associates
10 South Brentwood Blvd., Suite 102
St. Louis, MO 63105

**Robert S. Wood**
Richardson Patrick Westbrook & Brickman LLC
1037-A Chuck Dawley Blvd
Mt. Pleasant, SC 29464