```
STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
LISA M. SIMONETTI (State Bar No. 165996)
DEBORAH M. BARACK (State Bar No. 207493)
2029 Century Park East, Suite 1600
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959
Email: dbarack@stroock.com, lacalendar@stroock.com

Attorneys for Defendant
    WASHINGTON MUTUAL BANK, formerly known as
    WASHINGTON MUTUAL BANK, FA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA LATREASE JORDAN and KAREN L. JONES-BOYLE, individually, and on behalf of all others similarly situated.<br><br>    Plaintiff(s),<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA,<br><br>    Defendant(s).<br>_____ / | No. C V-08-2142-RS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 18, 2008

Signature /s/ Deborah E. Barack

Counsel for DEFENDANT
(Plaintiff, Defendant, or indicate "pro se")

    WASHINGTON MUTUAL BANK,
    formerly known as
    WASHINGTON MUTUAL BANK, FA