1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  LISA M. SIMONETTI (State Bar No. 165996)
   DEBORAH E. BARACK (State Bar No. 207493)
3  2029 Century Park East
   Los Angeles, CA  90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  Email: *dbarack@stroock.com, lacalendar@stroock.com*

6  Attorneys for Defendant
     WASHINGTON MUTUAL BANK, formerly known as
7    WASHINGTON MUTUAL BANK, FA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERONICA LATREASE JORDAN and KAREN L. JONES-BOYLE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK, FA,<br><br>Defendant. | Case No. CV-08-2142-RS<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT WASHINGTON MUTUAL BANK TO DISMISS FIRST AMENDED COMPLAINT**<br><br><u>Hearing</u><br>Date:    September 17, 2008<br>Time:    9:30 a.m.<br>Ctrm.:    4 |

LA 51070338

[PROPOSED] ORDER
Case No. CV-08-2142 RS

Having considered the Motion of Defendant Washington Mutual Bank to Dismiss the First Amended Complaint (the "Motion") the pleadings and papers filed by the parties in connection therewith, arguments of counsel and all other matters presented to the Court, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Motion is GRANTED without leave to amend.

**IT IS SO ORDERED.**

Dated: _____

The Honorable Richard Seeborg
United States District Magistrate Judge

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
DEBORAH E. BARACK

By:     /s/ Deborah E. Barack
             Deborah E. Barack

Attorneys for Defendant
   WASHINGTON MUTUAL BANK, formerly
   known as WASHINGTON MUTUAL BANK, FA

LA 51070338                    - 1 -                    [PROPOSED] ORDER
                                                         Case No. CV-08-2142 RS