UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERONICA LATRESE JORDAN, ET AL,<br><br>        Plaintiff(s),<br><br>VS.<br><br>WASHINGTON MUTUAL BANK, FA,<br><br>        Defendant(s).<br>_____ | C 08-02142 RS<br><br>CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

      PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 13, 2008 before the Honorable Judge Richard Seeborg has been continued to **August 15, 2008 @ 10:30 a.m.,** before the Honorable Judge Jeremy Fogel.  Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on August 5, 2008.

      If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, to take this matter off calendar.

Dated: July 22, 2008                              RICHARD W. WIEKING,
                                                                    Clerk of Court

                                                                    /s/_____
                                                                    Martha Parker Brown
                                                                    Deputy Clerk