**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

July 23, 2008

CASE NUMBER:  CV 08-02142 RS
CASE TITLE:  VERONICA LATREASE JORDAN-v-WASHINGTON MUTUAL BANK

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Jeremy Fogel**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF**  immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date:  7/23/2008

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
Clerk

NEW CASE FILE CLERK:        7/23/2008

Copies to: Courtroom Deputies  7/23/2008          Special Projects
Log Book Noted                 7/23/2008          Entered in Computer     7/23/2008

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel        7/23/2008          Transferor CSA          7/23/2008 bjw