1  RUKIN HYLAND DORIA & TINDALL LLP
   STEVEN M. TINDALL (State Bar No. 187862)
2  100 Pine Street, Suite 725
   San Francisco, CA 94111
3  Telephone: 415-421-1800
   Facsimile: 415-421-1700
4  Email: *steventindall@rhdtlaw.com*

5  Attorneys for Plaintiffs
     VERONICA LATREASE JORDAN AND
6    KAREN JONES-BOYLE

7  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
8  LISA M. SIMONETTI (State Bar No. 165996)
   DEBORAH E. BARACK (State Bar No. 207493)
9  2029 Century Park East
   Los Angeles, CA  90067-3086
10 Telephone: 310-556-5800
   Facsimile: 310-556-5959
11 Email: *dbarack@stroock.com, lacalendar@stroock.com*

12 Attorneys for Defendant
     WASHINGTON MUTUAL BANK, formerly known as
13   WASHINGTON MUTUAL BANK, FA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERONICA LATREASE JORDAN and KAREN L. JONES-BOYLE, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK, FA,<br><br>    Defendants. | Case No. CV-08-2142-JF<br><br>**STIPULATION AND REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:  April 24, 2008 |

STIPULATION
Case No. CV-08-2142-JF

LA 51074007

1  WHEREAS, Plaintiffs Veronica Latrease Jordan and Karen Jones-Boyle filed their First Amended Complaint ("FAC") on or about June 6, 2008;

WHEREAS, defendant Washington Mutual Bank, formerly known as Washington Mutual Bank, FA ("WMB"), filed its motion to dismiss on July 18, 2008, noticing the hearing for September 17, 2008;

WHEREAS, on July 22, 2008, the Court set a Case Management Conference in this matter for August 15, 2008 at 10:30 a.m.;

WHEREAS, on July 23, 2008, the Court reassigned this case to the Honorable Jeremy Fogel; the reassignment Order stated that "all matters presently scheduled for hearing are vacated and should be renoticed for hearing before the judge to whom the case has been reassigned";

WHEREAS, on August 4, 2008, WMB's motion to dismiss was reset for hearing before Judge Fogel on October 3, 2008 at 9:00 a.m.;

WHEREAS, the parties wish to conduct this matter in the manner most efficient to the Court and to the parties and believe that conducting the Case Management Conference at or following the hearing on WMB's motion to dismiss would be conducive to such efficiency;

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that, if the Court's calendar allows it, (1) the hearing on WMB's motion to dismiss shall be held on October 3, 2008, and (2) following the hearing on the motion, the Court will conduct the Case Management Conference in this matter, and the parties respectfully request that the hearing and case management conference be so scheduled.

Dated: August 4, 2008

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
DEBORAH E. BARACK

By:    /s/ Deborah E. Barack
          Deborah E. Barack

Attorneys for Defendant
  WASHINGTON MUTUAL BANK, formerly known as WASHINGTON MUTUAL BANK, FA

LA 51074007

| | | |
|---|---|---|
| 1 | Dated: August 4, 2008 | RUKIN HYLAND DORIA & TINDALL LLP<br>STEVEN M. TINDALL |
| 2 | | |
| 3 | | By:   /s/ Steven M. Tindall |
| 4 | |        Steven M. Tindall |
| 5 | | Attorneys for Plaintiff<br>    VERONICA LATREASE JORDAN and |
| 6 | |     KAREN L. JONES-BOYLE |

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

On **August 5, 2008**, I served the foregoing document(s) described as: **STIPULATION AND REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐ **(VIA E-MAIL)** Based on a court order or an agreement of the parties to accept service by e-mail, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached Service List.

☒ **(VIA ELECTRONIC CASE FILING)** I filed electronically the documents listed above, using the U.S. District Court electronic case filing service, on **August 5, 2008.** Counsel of record are registered to file electronically with this Court, and receive copies of the documents via e-mail from the Court to confirm filing.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing the document(s), in a sealed envelope, to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express, or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **August 5, 2008**, at Los Angeles, California.

| Jeri Staley | /s/ *Jeri Staley* |
|---|---|
| [Name] | [Signature] |

- 3 -                                                                                   STIPULATION
                                                                                Case No. CV-08-2142-JF

LA 51074007

# SERVICE LIST

<u>Jordan v. Washington Mutual Bank</u>
USDC CA Northern District Case No. 08-2142-JF

**SERVED VIA U.S. MAIL:**

**A Hoyt Rowell, III**
**Catherine H McElveen**
**Robert S Wood**
Richardson Patrick Westbrook & Brickman, LLC
1037-A Chuck Dawley Blvd
Mt. Pleasant, SC 29464
Tel:  843-727-6500
Fax: 843-216-6509

**Evan D Buxner**
Walther-Glenn Law Associates
10 South Brentwood Blvd., Suite 102
St. Louis, MO 63105
Tel: 314-725-9595
Fax: 314-725-9597

**SERVED VIA ECF:**

**Daniel O. Myers**
Richardson, Patrick, Westbrook and Brickman, LLC
1037 Chuck Dawley, Building A
Mt. Pleasant, SC 29464-4146
Tel: 843-727-6500
Fax: 843-216-6509
Email: dmyers@rpwb.com

**Steven M. Tindall**
Rukin Hyland Doria & Tindall
100 Pine Street, Suite 725
San Francisco, CA 94111
Tel:  415-421-1800
Fax: 415-421-1700
Email: steventindall@rhdtlaw.com

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 4 -    STIPULATION
Case No. CV-08-2142-JF

LA 51074007

| | |
|---|---|
| 1 | RUKIN HYLAND DORIA & TINDALL LLP |
| | STEVEN M. TINDALL (State Bar No. 187862) |
| 2 | 100 Pine Street, Suite 725 |
| | San Francisco, CA 94111 |
| 3 | Telephone: 415-421-1800 |
| | Facsimile: 415-421-1700 |
| 4 | Email: *steventindall@rhdtlaw.com* |
| 5 | Attorneys for Plaintiffs |
| |   VERONICA LATREASE JORDAN AND |
| 6 |   KAREN JONES-BOYLE |
| 7 | STROOCK & STROOCK & LAVAN LLP |
| | JULIA B. STRICKLAND (State Bar No. 083013) |
| 8 | LISA M. SIMONETTI (State Bar No. 165996) |
| | DEBORAH E. BARACK (State Bar No. 207493) |
| 9 | 2029 Century Park East |
| | Los Angeles, CA  90067-3086 |
| 10 | Telephone: 310-556-5800 |
| | Facsimile: 310-556-5959 |
| 11 | Email: *dbarack@stroock.com, lacalendar@stroock.com* |
| 12 | Attorneys for Defendant |
| |   WASHINGTON MUTUAL BANK, formerly known as |
| 13 |   WASHINGTON MUTUAL BANK, FA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 18 | VERONICA LATREASE JORDAN and KAREN L. JONES-BOYLE, individually, and on behalf of all others similarly situated, ))))))) | Case No. CV-08-2142-JF |
| 19 | | **[PROPOSED] ORDER ON STIPULATION AND REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| 20 | Plaintiff, | |
| 21 | vs. | Action Filed:  April 24, 2008 |
| 22 | | |
| 23 | WASHINGTON MUTUAL BANK, FA, | |
| 24 | Defendants. | |

[PROPOSED] ORDER ON STIPULATION
Case No. CV-08-2142 JF

LA 51074142

1  Having considered the Stipulation And Request To Reschedule Case Management
2  Conference and good cause appearing therefor, IT IS HEREBY ORDERED that the Case
3  Management Conference, previously set for August 15, 2008, shall be continued to October 3,
4  2008 to immediately follow the hearing on defendant Washington Mutual Bank's Motion to
5  Dismiss First Amended Complaint.
6      IT IS SO ORDERED.

DATED: _____, 2008

_____
Judge of the United States District Court

Submitted by:

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
DEBORAH E. BARACK

By:   /s/ Deborah E. Barack
      Deborah E. Barack
Attorneys for Defendant
  WASHINGTON MUTUAL BANK, formerly
  known as WASHINGTON MUTUAL BANK, FA

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

On **August 5, 2008**, I served the foregoing document(s) described as: **[PROPOSED] ORDER ON STIPULATION AND REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐ **(VIA E-MAIL)** Based on a court order or an agreement of the parties to accept service by e-mail, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached Service List.

☒ **(VIA ELECTRONIC CASE FILING)** I filed electronically the documents listed above, using the U.S. District Court electronic case filing service, on **August 5, 2008.** Counsel of record are registered to file electronically with this Court, and receive copies of the documents via e-mail from the Court to confirm filing.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing the document(s), in a sealed envelope, to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express, or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **August 5, 2008**, at Los Angeles, California.

| Jeri Staley | /s/ *Jeri Staley* |
|---|---|
| [Name] | [Signature] |

- 2 -   [PROPOSED] ORDER ON STIPULATION
Case No. CV-08-2142 JF

LA 51074142

# SERVICE LIST

<u>Jordan v. Washington Mutual Bank</u>
USDC CA Northern District Case No. 08-2142-JF

**SERVED VIA U.S. MAIL:**

**A Hoyt Rowell, III**
**Catherine H McElveen**
**Robert S Wood**
Richardson Patrick Westbrook & Brickman, LLC
1037-A Chuck Dawley Blvd
Mt. Pleasant, SC 29464
Tel:  843-727-6500
Fax: 843-216-6509

**Evan D Buxner**
Walther-Glenn Law Associates
10 South Brentwood Blvd., Suite 102
St. Louis, MO 63105
Tel: 314-725-9595
Fax: 314-725-9597

**SERVED VIA ECF:**

**Daniel O. Myers**
Richardson, Patrick, Westbrook and Brickman, LLC
1037 Chuck Dawley, Building A
Mt. Pleasant, SC 29464-4146
Tel: 843-727-6500
Fax: 843-216-6509
Email: dmyers@rpwb.com

**Steven M. Tindall**
Rukin Hyland Doria & Tindall
100 Pine Street, Suite 725
San Francisco, CA 94111
Tel:  415-421-1800
Fax: 415-421-1700
Email: steventindall@rhdtlaw.com

- 3 -    [PROPOSED] ORDER ON STIPULATION
Case No. CV-08-2142 JF

LA 51074142