1  RUKIN HYLAND DORIA & TINDALL LLP
   STEVEN M. TINDALL (State Bar No. 187862)
2  100 Pine Street, Suite 725
   San Francisco, CA 94111
3  Telephone: 415-421-1800
   Facsimile: 415-421-1700
4  Email: *steventindall@rhdtlaw.com*

   **E-filed 8/11/08**

5  Attorneys for Plaintiffs
     VERONICA LATREASE JORDAN AND
6    KAREN JONES-BOYLE

7  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
8  LISA M. SIMONETTI (State Bar No. 165996)
   DEBORAH E. BARACK (State Bar No. 207493)
9  2029 Century Park East
   Los Angeles, CA  90067-3086
10 Telephone: 310-556-5800
   Facsimile: 310-556-5959
11 Email: *dbarack@stroock.com, lacalendar@stroock.com*

12 Attorneys for Defendant
     WASHINGTON MUTUAL BANK, formerly known as
13   WASHINGTON MUTUAL BANK, FA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERONICA LATREASE JORDAN and KAREN L. JONES-BOYLE, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WASHINGTON MUTUAL BANK, FA,<br><br>　　　　　Defendants. | Case No. CV-08-2142-JF<br><br>**[PROPOSED] ORDER ON STIPULATION AND REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:  April 24, 2008 |

1  Having considered the Stipulation And Request To Reschedule Case Management
2  Conference and good cause appearing therefor, IT IS HEREBY ORDERED that the Case
3  Management Conference, previously set for August 15, 2008, shall be continued to October 3,
4  2008 to immediately follow the hearing on defendant Washington Mutual Bank's Motion to
5  Dismiss First Amended Complaint.
6      IT IS SO ORDERED.

DATED: __8/8/08_____, 2008

_____
Judge of the United States District Court
Jeremy Fogel

Submitted by:

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
DEBORAH E. BARACK

By:    /s/ Deborah E. Barack
          Deborah E. Barack
Attorneys for Defendant
   WASHINGTON MUTUAL BANK, formerly
   known as WASHINGTON MUTUAL BANK, FA

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 1 -    [PROPOSED] ORDER ON STIPULATION
Case No. CV-08-2142 JF

LA 51074142

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

On **August 5, 2008**, I served the foregoing document(s) described as: **[PROPOSED] ORDER ON STIPULATION AND REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

[X] **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

[ ] **(VIA E-MAIL)** Based on a court order or an agreement of the parties to accept service by e-mail, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached Service List.

[X] **(VIA ELECTRONIC CASE FILING)** I filed electronically the documents listed above, using the U.S. District Court electronic case filing service, on **August 5, 2008.** Counsel of record are registered to file electronically with this Court, and receive copies of the documents via e-mail from the Court to confirm filing.

[ ] **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

[ ] **(VIA OVERNIGHT DELIVERY)** By causing the document(s), in a sealed envelope, to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express, or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **August 5, 2008**, at Los Angeles, California.

| Jeri Staley | /s/ *Jeri Staley* |
|---|---|
| [Name] | [Signature] |

- 2 -    [PROPOSED] ORDER ON STIPULATION
Case No. CV-08-2142 JF

LA 51074142

# SERVICE LIST

<u>Jordan v. Washington Mutual Bank</u>
USDC CA Northern District Case No. 08-2142-JF

**SERVED VIA U.S. MAIL:**

**A Hoyt Rowell, III**
**Catherine H McElveen**
**Robert S Wood**
Richardson Patrick Westbrook & Brickman, LLC
1037-A Chuck Dawley Blvd
Mt. Pleasant, SC 29464
Tel: 843-727-6500
Fax: 843-216-6509

**Evan D Buxner**
Walther-Glenn Law Associates
10 South Brentwood Blvd., Suite 102
St. Louis, MO 63105
Tel: 314-725-9595
Fax: 314-725-9597

**SERVED VIA ECF:**

**Daniel O. Myers**
Richardson, Patrick, Westbrook and Brickman, LLC
1037 Chuck Dawley, Building A
Mt. Pleasant, SC 29464-4146
Tel: 843-727-6500
Fax: 843-216-6509
Email: dmyers@rpwb.com

**Steven M. Tindall**
Rukin Hyland Doria & Tindall
100 Pine Street, Suite 725
San Francisco, CA 94111
Tel: 415-421-1800
Fax: 415-421-1700
Email: steventindall@rhdtlaw.com