RICHARDSON, PATRICK, WESTBROOK AND BRICKMAN, LLC
DANIEL O. MYERS  (*Admitted pro hac vice*)
1037 Chuck Dawley, Building A
Mt. Pleasant, SC 29464-4146
Tel: 843-727-6500
Fax: 843-216-6509
Email: dmyers@rpwb.com

**E-Filed 10/1/08**

Attorneys for Plaintiffs
   VERONICA LATREASE JORDAN AND
   KAREN JONES-BOYLE

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
LISA M. SIMONETTI (State Bar No. 165996)
DEBORAH E. BARACK (State Bar No. 207493)
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: dbarack@stroock.com, lacalendar@stroock.com

Attorneys for Defendant
   WASHINGTON MUTUAL BANK, formerly known as
   WASHINGTON MUTUAL BANK, FA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERONICA LATREASE JORDAN and KAREN L. JONES-BOYLE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK, FA,<br><br>Defendants. | Case No. CV-08-2142-JF<br><br>**[PROPOSED] ORDER ON STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:  April 24, 2008<br><br>Current Date:<br>Date:         October 3, 2008<br>Time:         9:00 a.m.<br>Location:    Courtroom 3 |

[PROPOSED] ORDER ON STIPULATION
Case No. CV-08-2142 JF

LA 51088532

1    Having considered the Stipulation to Continue Hearing on Motion to Dismiss and Case
2 Management Conference and good cause appearing therefor, IT IS HEREBY ORDERED that the
3 hearing on the pending Motion to Dismiss and the Case Management Conference previously set for
4 October 3, 2008, shall be continued for a period of not less than thirty days, to  11/21/08  .
5    IT IS SO ORDERED.

DATED:  10/1/08  , 2008

_____
Judge of the United States District Court

Submitted by:

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
DEBORAH E. BARACK


By:    /s/ Deborah E. Barack
            Deborah E. Barack

Attorneys for Defendant
  WASHINGTON MUTUAL BANK, formerly
  known as WASHINGTON MUTUAL BANK, FA

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 1 -    [PROPOSED] ORDER ON STIPULATION
Case No. CV-08-2142 JF

LA 51088532

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

On **September 30, 2008**, I served the foregoing document(s) described as: **[PROPOSED] ORDER ON STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐ **(VIA E-MAIL)** Based on a court order or an agreement of the parties to accept service by e-mail, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached Service List.

☒ **(VIA ELECTRONIC CASE FILING)** I filed electronically the documents listed above, using the U.S. District Court electronic case filing service, on **September 30, 2008.** Counsel of record are registered to file electronically with this Court, and receive copies of the documents via e-mail from the Court to confirm filing.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing the document(s), in a sealed envelope, to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express, or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **September 30, 2008**, at Los Angeles, California.

| Jeri Staley | /s/ *Jeri Staley* |
|---|---|
| [Name] | [Signature] |

- 2 -   [PROPOSED] ORDER ON STIPULATION
Case No. CV-08-2142 JF

LA 51088532

# SERVICE LIST

<u>Jordan v. Washington Mutual Bank</u>
USDC CA Northern District Case No. 08-2142-JF

**SERVED VIA U.S. MAIL:**

**A Hoyt Rowell, III**
**Catherine H McElveen**
**Robert S Wood**
Richardson Patrick Westbrook & Brickman, LLC
1037-A Chuck Dawley Blvd
Mt. Pleasant, SC 29464
Tel:  843-727-6500
Fax: 843-216-6509

**Evan D Buxner**
Walther-Glenn Law Associates
10 South Brentwood Blvd., Suite 102
St. Louis, MO 63105
Tel: 314-725-9595
Fax: 314-725-9597

**SERVED VIA ECF:**

**Daniel O. Myers**
Richardson, Patrick, Westbrook and Brickman, LLC
1037 Chuck Dawley, Building A
Mt. Pleasant, SC 29464-4146
Tel: 843-727-6500
Fax: 843-216-6509
Email: dmyers@rpwb.com

**Steven M. Tindall**
Rukin Hyland Doria & Tindall
100 Pine Street, Suite 725
San Francisco, CA 94111
Tel:  415-421-1800
Fax: 415-421-1700
Email: steventindall@rhdtlaw.com