UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VERONICA LATREASE JORDAN and KAREN L. JONES-BOYLE, individually and on behalf of all others similarly situated.

Plaintiff(s),

v.

WASHINGTON MUTUAL BANK, FA

Defendant(s).

CASE NO. CV-08-2142-RS

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

CATHERINE H. MCELVEEN, an active member in good standing of the bar of (particular court to which applicant is admitted) whose business address and telephone number is 1037-A Chuck Dawley Blvd
Mount Pleasant, SC 29464
(843) 727-6500

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/1/08

United States District Judge