Reset Form

United States District Court
For the Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4   VERONICA LATREASE JORDAN and
KAREN L. JONES-BOYLE, individually
5   and on behalf of all others similarly
situated.
6                          Plaintiff(s),
7                   v.
WASHINGTON MUTUAL BANK, FA
8
9
10   _____ Defendant(s). _____ /

CASE NO.  CV-08-2142-RS

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

11          Daniel O. Myers                          , an active member in good standing of the bar of

12   South Carolina
(particular court to which applicant is admitted)   whose business address and telephone number

13   is   1037-A Chuck Dawley Blvd
14       Mount Pleasant, SC  29464
         (843) 727-6500
15                                                                              , having applied in the

16   above-entitled action for admission to practice in the Northern District of California on a *pro hac*

17   *vice* basis, representing   the Plaintiff(s).

18          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

19   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

20   *vice* . Service of papers upon and communication with co-counsel designated in the application

21   will constitute notice to the party. All future filings in this action are subject to the requirements

22   contained in General Order No. 45, *Electronic Case Filing* .

23
24   Dated:  10/1/08

25                                                                   United States  District  Judge
26
27
28