STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
LISA M. SIMONETTI (State Bar No. 165996)
DEBORAH E. BARACK (State Bar No. 207493)
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lsimonetti@stroock.com, lacalendar@stroock.com*

Attorneys for Defendant
 FEDERAL DEPOSIT INSURANCE
 CORPORATION AS RECEIVER FOR
 WASHINGTON MUTUAL BANK

**E-Filed 10/31/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERONICA LATREASE JORDAN and KAREN L. JONES-BOYLE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK, FA,<br><br>Defendant. | Case No. CV-08-2142-JF (RS)<br><br>[PROPOSED] **ORDER GRANTING REQUEST OF FEDERAL DEPOSIT INSURANCE CORPORATION FOR MANDATORY STAY**<br><br>[Request for Mandatory Stay and Request for Judicial Notice filed concurrently] |

1   Having received the Request for Mandatory Stay of the Federal Deposit Insurance
2   Corporation, as the duly appointed Receiver for defendant Washington Mutual Bank, the Request
3   is granted and the entire action is stayed as to all parties until December 24, 2008. The hearing and
4   CMC set for November 21, 2008 are VACATED and may be renoticed after the stay is lifted.
5   **IT IS SO ORDERED.**

Dated: 10/31/08

_____
The Honorable Jeremy Fogel
Judge of the United States District Court

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
DEBORAH E. BARACK

By: _____
Lisa M. Simonetti

Attorneys for Defendants
FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
WASHINGTON MUTUAL BANK

LA 51095759                                  - 1 -
[PROPOSED] ORDER GRANTING REQUEST OF FEDERAL DEPOSIT INSURANCE CORPORATION FOR
MANDATORY STAY
Case No. CV-08-2142 JF(RS)