**E-Filed 9/29/2009**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VERONICA LATREASE JORDAN and KAREN L. JONES-BOYLE, individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA,<br><br>Defendant. | Case Number 5:08-CV-02142 JF (RS)<br><br>**ORDER RE MOTION TO LIFT STAY**<br><br>Re: Docket No. 54 |

Plaintiffs move for an order lifting the stay in this action and request a scheduling conference. The motion is unopposed. A case management conference is set for October 9, 2009 at 10:30 A.M. The Court will address the motion to lift the stay on the record at that time.

**IT IS SO ORDERED.**

DATED: 9/29/09

_____
JEREMY FOGEL
United States District Judge

Case No. 5:08-CV-02142 JF (RS)
ORDER RE MOTION TO LIFT STAY

1  This Order was served on the following persons:

4  Catherine H McElveen     kmcelveen@rpwb.com

6  Daniel O. Myers     dmyers@rpwb.com, sgiddens@rpwb.com, wking@rpwb.com

8  David A. Super     david.super@bakerbotts.com

10  Deborah E Barack     dbarack@stroock.com, lacalendaring@stroock.com

12  Julia B. Strickland     jstrickland@stroock.com, lacalendar@stroock.com

14  Lisa Marie Simonetti     lsimonetti@stroock.com

16  Robert S Wood     bwood@rpwb.com

18  Ryan E. Bull     Ryan.Bull@bakerbotts.com

20  Stephen M. Ng     stephen.ng@bakerbotts.com, stephen.ng@bakerbotts.com, leanna.gutierrez@bakerbotts.com, rachel.cochran@bakerbotts.com

22  Steven M. Tindall     steventindall@rhdtlaw.com, markgaines@rhdtlaw.com, zacharycincotta@rhdtlaw.com

Case No. 5:08-CV-02142 JF (RS)
ORDER RE MOTION TO LIFT STAY