**E-Filed 12/7/2009**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VERONICA LATREASE JORDAN, et al., | Case Number C 08-2142 JF (RS) |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO WITHDRAW VERONICA LATREASE JORDAN AS CLASS REPRESENTATIVE |
| v. | |
| The Federal Deposit Insurance Corporation, | |
| Defendant. | [Re: Document No. 61 ] |

On November 20, 2009, Plaintiffs filed a motion for leave to file a second amended complaint ("SAC") and to withdraw Veronica Latrease Jordan as a class representative.  On December 4, 2009, Defendant filed a statement of non-opposition to the motion, but expressly reserved all defenses with respect to the SAC.

For good cause shown, and without opposition, Plaintiffs' motion is GRANTED.

The hearing scheduled for December 18, 2009 is VACATED

IT IS SO ORDERED.

DATED:  12/7/2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-2142 JF (RS)
ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT ETC.
(JFLC2)