UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN L. JONES-BOYLE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA and JPMORGAN CHASE, N.A.,<br><br>Defendants. | Case No. CV-08-2142-JF<br><br>[PROPOSED] ORDER RE: STIPULATION AND REQUEST TO RESCHEDULE HEARING AND CASE MANAGEMENT CONFERENCE |

On March 24, 2010, counsel for the parties filed a Joint Stipulation and Request to Reschedule Hearing and Case Management Conference requesting that this Court reschedule the hearings on the motions to dismiss and strike filed by Defendants JPMorgan Chase, N.A. and the FDIC-Receiver from April 2, 2010, to May 7, 2010, and similarly reschedule the Case Management Conference from April 2, 2010, to May 7, 2010.

Based on the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED, the Court will hold the hearing on the Defendants' motions on May 7, 2010, and following the hearing on the motions, the Court will conduct the Case Management Conference in this matter.

IT IS SO ORDERED.

DATED: 3/26/10

The Honorable Jeremy Fogel
United States District Judge

Case No. CV-08-2142-JF

[PROPOSED] ORDER RE: STIPULATION AND REQUEST TO RESCHEDULE MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE