**E-Filed 7/30/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN L. JONES-BOYLE, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA and JPMORGAN CHASE, N.A.,<br><br>　　　　　　Defendants. | Case No. CV-08-2142-JF<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION AND REQUEST FOR EXTENSION TO FILE PLAINTIFF'S THIRD AMENDED COMPLAINT |

On June 25, 2010, this Court heard the motion to dismiss filed by Defendant JPMorgan Chase, N.A. and the motion to dismiss and motion to strike filed by Defendant Washington Mutual Bank, FA and FDIC-Receiver. On July 8, 2010, this Court entered an order granting the motions to dismiss with leave to amend in part wherein Plaintiff was allowed twenty (20) days to file and serve any amended pleading.

Based on the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED, the Court will allow Plaintiff up to and including August 25, 2010 to file her Third Amended Complaint in this matter, and the Court will allow Defendant JPMorgan Chase, N.A. up to and including September 22, 2010 to file an answer or otherwise respond to Plaintiff's Third Amended Complaint.

IT IS SO ORDERED.

DATED: 7/30/2010

　　　　　　　　　　　　　　　　　　　　　　　The Honorable Jeremy Fogel
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. CV-08-2142-JF

[PROPOSED] ORDER RE: STIPULATION AND REQUEST FOR EXTENSION TO FILE PLAINTIFF'S THIRD AMENDED COMPLAINT