**E-Filed 9/27/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| KAREN L. JONES-BOYLE, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WASHINGTON MUTUAL BANK, FA, and JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　　　Defendants. | Case No. CV-08-02142-JF (RS)<br><br>**CLASS ACTION**<br><br>[PROPOSED] **ORDER GRANTING STIPULATION REQUESTING THAT THE COURT CONTINUE THE CASE MANAGEMENT CONFERENCE FROM OCTOBER 1, 2010 TO DECEMBER 3, 2010**<br><br>Courtroom 3, 5th Floor<br><br>Hon. Jeremy Fogel<br><br>Complaint Filed:  August 29, 2007 |

1    Pursuant to the stipulation of the parties, filed as Document 126, and good
2 cause appearing, the Court grants the stipulated request and continues the Case
3 Management Conference from October 1, 2010 at 10:30 a.m. to December 3, 2010 at 9:00
4 a.m. to coincide with the hearing on Defendant JPMorgan Chase Bank, N.A.'s motion to
5 dismiss the Complaint.

6

7    IT IS SO ORDERED.

8

9 Dated: 9/27/2010

10    HON. JEREMY FOGEL
     U.S. DISTRICT COURT JUDGE