**E-Filed 11/9/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| KAREN L. JONES-BOYLE, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA, and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | Case No. CV-08-02142-JF (RS)<br><br>**CLASS ACTION**<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION REQUESTING THAT THE COURT CONTINUE THE DECEMBER 3, 2010 CMC AND HEARING ON CHASE'S MOTION TO DISMISS**<br><br>Courtroom 3, 5th Floor<br><br>Hon. Jeremy Fogel<br><br>Complaint Filed: August 29, 2007 |

1   Pursuant to the stipulation of the parties, filed as Document __128__, and good
2   cause appearing, the Court grants the stipulated request and continues the Case
3   Management Conference and the hearing on Defendant JPMorgan Chase Bank, N.A.'s
4   ("Chase's") motion to dismiss the Third Amended Complaint from December 3, 2010 at
5   9:00 a.m. to __February 4, 2011_____.  Plaintiff shall file her opposition to
6   the motion at least 28 days prior to the hearing.  Consistent with the Local Rules, Chase
7   shall file its reply at least 14 days prior to the hearing.

8
9           IT IS SO ORDERED.

10
11  Dated:   11/9/2010                              _____
12                                                  HON. JEREMY FOGEL
                                                    U.S. DISTRICT COURT JUDGE

W02-WEST:8SZP1\402944684.2
C-08-02142-JF (RS)

-1-

ORDER CONTINUING THE
DECEMBER 3, 2010 CMC AND HEARING