UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN L. JONES-BOYLE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | Case No. CV-08-2142-JF<br><br>[PROPOSED] ORDER RE: STIPULATION AND REQUEST TO RESCHEDULE HEARING AND CASE MANAGEMENT CONFERENCE |

On March 2, 2011, a Joint Stipulation and Request to Reschedule Hearing and Case Management Conference was filed by counsel requesting that this Court conduct the Case Management Conference and the hearing on the Defendant JPMorgan Chase, N.A.'s motion to dismiss on April 29, 2011.

IT IS HEREBY ORDERED, the Court will hold the hearing on the Defendant's motion on April 29, 2011, and following the hearing on the motions, if appropriate, the Court will conduct the Case Management Conference in this matter. Plaintiff's opposition to the motion shall be due April 1, 2011; Defendant's reply brief shall be due April 15, 2011.

IT IS SO ORDERED.

DATED: 3/14/11

Hon. Jeremy Fogel
United States District Judge

Case No. CV-08-2142-JF

[PROPOSED] ORDER RE: STIPULATION AND REQUEST TO RESCHEDULE MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE