**E-Filed 4/22/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| KAREN L. JONES-BOYLE, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA, and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | Case No. CV-08-02142-JF (RS)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REQUESTING THAT THE COURT CONTINUE THE CASE MANAGEMENT CONFERENCE AND HEARING ON CHASE'S MOTION TO DISMISS CURRENTLY SET FOR APRIL 29, 2011**<br><br>Courtroom 3, 5th Floor<br><br>Hon. Jeremy Fogel<br><br>Complaint Filed:  August 29, 2007 |

1  Pursuant to the stipulation of the parties, filed as Document __138__, and good
2  cause appearing, the Court grants the stipulated request and continues the Case
3  Management Conference and the hearing on Defendant JPMorgan Chase Bank, N.A.'s
4  ("Chase's") motion to dismiss the Third Amended Complaint from April 29, 2011 at 9:00
5  a.m. to __July 1, 2011, at 9:00 a.m._____.  In the event the parties finalize their
6  anticipated settlement, they shall promptly file the appropriate dismissal with the Court.  In
7  the event the parties fail to finalize their anticipated settlement, Plaintiff shall file her
8  opposition to the motion to dismiss at least 28 days prior to the hearing on that motion.
9  Consistent with the Local Rules, Chase shall file its reply at least 14 days prior to the
10 hearing.

12  IT IS SO ORDERED.

14  Dated:  4/22/2011

    HON. JEREMY FOGEL
    U.S. DISTRICT COURT JUDGE