**E-Filed 6/2/2011**

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| KAREN L. JONES-BOYLE, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA, and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | Case No. CV-08-02142-JF (RS)<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING STIPULATION REQUESTING THE COURT CONTINUE THE CASE MANAGEMENT CONFERENCE AND HEARING ON CHASE'S MOTION TO DISMISS CURRENTLY SET FOR JULY 1, 2011**<br><br>Courtroom 3, 5th Floor<br>Hon. Jeremy Fogel<br><br>Complaint Filed:  August 29, 2007 |

1   Pursuant to the stipulation of the parties, filed as Document  140 , and good
2   cause appearing, the Court grants the stipulated request and continues the Case
3   Management Conference and the hearing on Defendant JPMorgan Chase Bank, N.A.'s
4   ("Chase's") motion to dismiss the Third Amended Complaint from July 1, 2011 at 9:00
5   a.m. to August 12, 2011 at 9:00 a.m.  Once the parties finalize their anticipated settlement,
6   they shall promptly file the appropriate dismissal with the Court.

8   PURSUANT TO STIPULATION, IT IS SO ORDERED.

10  Dated:  6/2/2011

    HON. JEREMY FOGEL
    U.S. DISTRICT COURT JUDGE

-1-