**E-Filed 8/4/11**

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| KAREN L. JONES-BOYLE, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA, and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | Case No. CV-08-02142-JF (PSG)<br><br>~~CLASS ACTION~~<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REQUESTING THE COURT CONTINUE THE CASE MANAGEMENT CONFERENCE AND HEARING ON CHASE'S MOTION TO DISMISS CURRENTLY SET FOR AUGUST 12, 2011**<br><br>Courtroom 3, 5th Floor<br>Hon. Jeremy Fogel |

Pursuant to the stipulation of the parties, filed as Document 142, and good cause appearing, the Court grants the stipulated request and continues the Case Management Conference and the hearing on Defendant JPMorgan Chase Bank, N.A.'s ("Chase's") motion to dismiss the Third Amended Complaint from August 12, 2011 to September 23, 2011 at 9:00 a.m.  Once the parties finalize their anticipated settlement, they shall promptly file the appropriate dismissal with the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 4, 2011

HON. JEREMY FOGEL
U.S. DISTRICT COURT JUDGE