SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MOLLY R. NEWLAND, Cal. Bar No. 244928
  mnewland@sheppardmullin.com
SHANNON Z. PETERSEN, Cal. Bar No. 211426
  spetersen@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

LEANN PEDERSEN POPE (admitted *pro hac vice*)
  lope@burkelaw.com
VICTORIA COLLADO (admitted *pro hac vice*)
  vcollado@burkelaw.com
ANDREW D. LEMAR (admitted *pro hac vice*)
  alemar@burkelaw.com
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash, 22nd Floor
Chicago, Illinois 60611
Telephone:    312-840-7000
Facsimile:    312-840-7900

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN L. JONES-BOYLE, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WASHINGTON MUTUAL BANK, FA, and JPMORGAN CHASE BANK, N.A.,<br><br>    Defendants. | Case No. C-08-02142-EMC<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS MEMBERS, PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)**<br><br>Courtroom C, 15th Floor<br><br>Hon. Edward M. Chen<br><br>Complaint Filed: April 24, 2008 |

# [PROPOSED] ORDER

Based on the stipulation of Plaintiff Karen Jones-Boyle ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Chase"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed, with prejudice as to Plaintiff's claims and without prejudice as to the claims of the putative class members.

**IT IS SO ORDERED.**

Dated: 10/27/11    _____
JUDGE
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Edward M. Chen

-1-

W02-WEST:5MON1\404065168.1
C-08-02142-EMC

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL